1030

[No. 33658-8-II. Division Two. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DALE WALLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00086-4, Robert L. Harris, J., entered August 2, 2005. *Remanded* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 23614-5-III. Division Three. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CONNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 04-1-00028-3, Allen Nielson, J., entered November 23, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 23666-8-III. Division Three. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY GENE DORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00921-3, Kenneth L. Jorgensen, J., entered November 9, 2004. *Remanded* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23927-6-III. Division Three. April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DONALD NEU, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03087-3, Maryann C. Moreno, J., entered March 1, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Thompson, J. Pro Tem.